### THE MOTOR COMPANY v. EARLY MARION.

(Filed 8 April, 1925.)

APPEAL by defendants from *Schenck, J.,* February Term, 1925, of FORSYTH.

*Hastings, Boone & Dubose for plaintiff.*
*Holton & Holton and T. W. Kallam for defendant.*

PER CURIAM. This case was heard in the Superior Court of Forsyth County, upon appeal from the Forsyth County Court. Defendant's exceptions to the rulings of the county court were overruled, and he appealed to this Court.

Upon examination of the entire record, it appears that the rulings of the Superior Court were, in all respects, in accordance with law;

Therefore, let the judgment of the Superior Court of Forsyth County be

Affirmed.